# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | CA No. |
| ) | |
| High Tech Computer Corp., a/k/a HTC Corp., ) | JURY TRIAL DEMANDED |
| HTC (B.V.I.) Corp., HTC America, Inc., ) | |
| Exedea, Inc., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff Apple Inc. ("Apple") certifies that Apple has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  March 2, 2010 | */s/ Richard K. Herrmann* |
| | Richard K. Herrmann (I.D. #405) |
| | Mary B. Matterer (I.D. #2696) |
| | Amy A. Quinlan (I.D. # |
| | MORRIS JAMES LLP |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | |
| | Robert G. Krupka, P.C. |
| | KIRKLAND & ELLIS LLP |
| | 333 South Hope Street |
| | Los Angeles, California 90071 |
| | Telephone:  (213) 680-8400 |
| | Facsimile:   (213) 680-8500 |
| | |
| | Gregory S. Arovas, P.C. |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, New York  10022 |
| | Telephone:  (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | |
| | Bryan S. Hales, P.C. |
| | Marcus E. Sernel, P.C. |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| | |
| | Kenneth H. Bridges |
| | Michael T. Pieja |
| | Brian C. Kwok |
| | WONG, CABELLO, LUTSCH, |
| | RUTHERFORD & BRUCCULERI LLP |
| | 540 Cowper Street, Suite 100 |
| | Palo Alto, CA 94301 |
| | Telephone:  (650) 681-4475 |
| | Facsimile:   (650) 403-4043 |
| | |
| | *Attorneys for Plaintiff Apple Inc.* |