IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., and NeXT SOFTWARE, INC., f/k/a NeXT COMPUTER, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 10-166-RK |
| HIGH TECH COMPUTER CORP., a/k/a HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC., | ) ) ) ) | |
| Defendants. | ) | |
| APPLE INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 10-167-RK |
| HIGH TECH COMPUTER CORP., a/k/a HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC., | ) ) ) ) | |
| Defendants. | ) | |

[~~PROPOSED~~] ORDER

Having considered Plaintiffs' Motion to Defer Oral Argument on Pending Motion to Transfer and all related briefing and argument,

**IT IS HEREBY ORDERED** this 23rd day of June, 2010 that the Motion is GRANTED. Oral argument on the pending Motion to Transfer is deferred until the Court has ruled on Plaintiffs' Motion for Consolidation.

_____
ROBERT F. KELLY,
UNITED STATES DISTRICT COURT JUDGE