IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> HIGH TECH COMPUTER CORP., a/k/a HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC., <br><br> Defendants. | C.A. No. 10-167-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of *Defendants HTC Corp., HTC America, Inc. and Exedea, Inc.'s Disclosure of Asserted Claims and Preliminary Infringement Contentions* were caused to be served upon the following counsel of record on October 14, 2011 as indicated below:

*By E-Mail*:

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Apple-HTC-Delaware-Cases@kirkland.com

Robert G. Krupka
KIRKLAND & ELLIS LLP
333 Hope Street
Los Angeles, CA 90071
Apple-HTC-Delaware-Cases@kirkland.com

Gregory S. Arovas
Steven Cherny
Robert A. Appleby
James E. Marina
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Apple-HTC-Delaware-Cases@kirkland.com

Kenneth H. Bridges
Michael T. Pieja
Brian C. Kwok
BRIDGES & MAVRAKAKIS LLP
540 Cowper Street, Suite 100
Palo Alto, CA 94301
Apple-HTC-Delaware-Cases@kirkland.com

Mark Fowler
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2248
Apple-HTC-Delaware-Cases@kirkland.com

Elizabeth Day
David Alberti
Clayton Thompson
Yakov Zolotorev
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Apple-HTC-Delaware-Cases@kirkland.com

  Additionally, the undersigned hereby certifies that on October 17, 2011, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the same counsel of record and by the same method as indicated above.

Dated: October 17, 2011

*Of Counsel:*

Robert A. Van Nest
Leo L. Lam
Ashok Ramani
Eugene M. Paige
Ajay S. Krishnan
John C. Bostic
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Ryan J. McBrayer
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-3073

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ John W. Shaw*
_____
John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendants High Tech Computer Corp., a/k/a HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc., and Exedea, Inc.*